# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**AMIE CENTES,**

    Plaintiff,

  v.

**DANIEL KIRK,** *et al.*,

    Defendants.

Civil Action 2:19-cv-3208
Chief Judge Algenon L. Marbley
Magistrate Judge Chelsey M. Vascura

## OPINION AND ORDER

This matter is before the Court for consideration of Plaintiff's Motion to Join a Necessary Party. (ECF No. 36.) Plaintiff is a member of Teamsters Local 284. Plaintiff brought this action against three former officers of Teamsters Local 284, alleging, *inter alia*, that they committed fraud while acting in such capacity. (ECF No. 3.) Defendants Daniel Kirk and Paul Suffoletto filed a Motion to Dismiss arguing, in part, that Plaintiff's claims should be dismissed for her failure to join Teamsters Local 284, a necessary and indispensable party. (ECF No. 4.) This Court agreed that Teamsters Local 284 is a necessary and indispensable party and, therefore, ordered Plaintiff to move for joinder or face dismissal. (ECF No. 30.) As such, and for the additional reasons set forth in this Court's prior Opinion and Order (ECF No. 30), Plaintiff's Motion is **GRANTED**. The Clerk is **DIRECTED** to file Plaintiff's Second Amended Complaint, attached to Plaintiff's Motion as Exhibit A (ECF No. 36-1).

    **IT IS SO ORDERED**.

                                          /s/ *Chelsey M. Vascura*
                                          CHELSEY M. VASCURA
                                          UNITED STATES MAGISTRATE JUDGE